# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  23-2993
_____

United States of America

Plaintiff - Appellee

v.

Muhammad Masood

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cr-00076-PAM-1)

_____

**JUDGMENT**

Before LOKEN, SMITH, and GRASZ, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.

April 03, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler