RECEIVED
BY MAIL
JUL 1 3 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
   Plaintiff, Respondent,

v.

Case No. :

MUHAMMAD MASOOD,
Defendant, Petitioner,
      & Movant.

---

## 28 U.S.C. § 2255 MOTION TO VACATE SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY

---

MUHAMMAD MASOOD, PRO SE
FCI Otisville
PO Box 1000
Otisville, NY 10963

THIS IS A TIMELY FILED PETITION.

SCANNED
JUL 1 3 2026
U.S. DISTRICT COURT ST. PAUL

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Minnesota |
|---|---|
| Name (under which you were convicted): MUHAMMAD MASOOD | Docket or Case No.: |
| Place of Confinement: FCI Otisville PO Box 1000, Otisville, NY 10963 | Prisoner No.: 22397-041 |
| UNITED STATES OF AMERICA<br><br>v. | Movant (include name under which you were convicted)<br><br>MUHAMMAD MASOOD |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   United States District Court
   District of Minnesota
   Warren E. Burger Federal Building and U.S. Courthouse
   316 North Robert Street,
   Saint Paul, Minnesota 55101

   (b) Criminal docket or case number (if you know): 0:20-cr-00076-PAM-TNL-1

2. (a) Date of the judgment of conviction (if you know): August 25, 2023

   (b) Date of sentencing: August 25, 2023

3. Length of sentence: 216 months

4. Nature of crime (all counts): 18 U.S.C. Section 2339B(a)(1) Attempting to Provide Material Support to a Designated Foreign Terrorist Organization

5. (a) What was your plea? (Check one)

   (1)  Not guilty ☐          (2)  Guilty ☒          (3)  Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one) N/A Jury ☐          Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐ N/A

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:

(a) Name of court: U.S. Court of Appeals for the Eight Circuit

(b) Docket or case number (if you know):   23-2993

(c) Result: Affirmed

(d) Date of result (if you know): April 03, 2025

(e) Citation to the case (if you know):

(f) Grounds raised: I. WHETHER THE DISTRICT COURT ERRED BY IMPOSING A "TERRORISM ENHANCEMENT" UNDER THE SENTENCE GUIDELINES IN THE ABESENCE OF EVIDENCE OF SPECIFIC INTENT BY APPELLANT TO INFLUENCE OR RETALIATE AGAINST A GOVERN-MENT? II. WHETER DISTRICT COURT FAILED TO SUFFICIENTLY CONSIDER THE APPLI-ABLE SENTENCING FACTORS UNDER 18 U.S.C. § 3553(a) WHERE IT IGNORED OR SUMMARILY DISMISSED SUBSTANTIAL MITIGATING EVIDENCE PRESENTED? III. WHETHER THE DISTRICT COURT ERRED BY DEC IDING DISPUTED SENTENCING ISSUES PRIOR TO THE SENTENCING HEARING?

(g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): 25-5762

(2) Result: Denied

(3) Date of result (if you know): January 12, 2026

(4) Citation to the case (if you know):

(5) Grounds raised: WHETHER THE APPLICATION OF THE "TERRORISM ENHANCEMENT" UNDER USSG § 3A1.4 REQUIRES THE GOVERNMENT TO PROVE THAT A DEFENDANT'S ACTIONS WERE "CALCULATED TO INFLUENCE OR AFFECT THAT CONDUCT OF GOVERNMENT BY INTIMIDATION OR COERCION" AS SET FORTH IN 18 U.S.C. § 2332b(g)(5), THE STATUE CROSS-REFRENCED IN THE GUIDELINES?

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding:  N/A

(5) Grounds raised:    N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑ No ❑    N/A

(7) Result:    N/A

(8) Date of result (if you know):    N/A

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:  N/A

(2) Docket or case number (if you know):  N/A

(3) Date of filing (if you know):  N/A

(4) Nature of the proceeding:  N/A

(5) Grounds raised:  N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑    No ❑    N/A

(7) Result:  N/A

(8) Date of result (if you know):    N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?  N/A

(1)  First petition:        Yes ❑    No ❑      N/A

(2)  Second petition:      Yes ❑    No ❑      N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:   N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Petitioner-Masood asserts his Fifth Amendment due process rights were violated when the Government committed prosecutorial misconduct by: 1) interferring in a court order and/or (CONTINUE ON NECESSARY PAGES)
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On or about September 09, 2020, the District Court issued an ORDER granting Dkt No. 33 Motion for Psychiatric Examination as to defendant-Muhammad Masood, Dkt No. 36.

On or about March 26, 2021, Dr. Robin Watkins, Forensic Psychologist, at MCC Chicago, filed her report containing her opinion about Mr. Masood's competency to the District Court. In Dr. Watkins's report in the above said matter, she concluded that "Mr. Masood was NOT COMPETENT to participate in court proceedings at this time." See Case 0:20-cr-00076-PAM-KMM Dkt No. 41, pages 1-17. [ECF No. 46 at 4]. Mr. Masood was committed to the custody of Attorney General for treatment and examination to determine if he would attain the capacity to permit the proceedings to go forward. Id at 5-6. Mr. Masood was referred to the Federal Medical Center (FMC) in Devens.

On or about Feburary 08, 2022, Dr. Miriam Kissin, a forensic psychologist at FMC Devens and Lauren Ryan, filed their report containing their opinions about Mr. Masood' (CONTINUE ON NECESSARY PAGES).

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
My direct appeal attorney was ineffective assistance counsel.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:   N/A

Type of motion or petition:

Name and location of the court where the motion or petition was filed:   N/A

Docket or case number (if you know):  N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:  N/A

Name and location of the court where the appeal was filed:  N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:  N/A

**GROUND TWO:** Petitioner-Masood asserts his counsel Jordan S. Kushner was constitutionally ineffective in violation of his Fifth and Sixth Amendment rights to counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner-Masood states Attorney Jordan S. Kushner never afforded him the option/opportunity of going to trial. Instead, Attorney Kushner used intimidation and instilled fears in petitioner-Masood and Masood's family not to entertain the thoughts of petitioner-Masood going to trial. Petitioner-Masood states, but not limited to: Attorney Kushner informed him and his family that "if Masood was to go to trial he would be tried in front of an all-white jury; the white jury would find him guilty instantly without any evidence or witnesses being presented by the prosecutor, because he is a foreigner from another country accused of contemplating killing American citizens; Attorney Kushner deprived petitioner-Masood his right to go to trial, and seized the opportunity to extort Mr. Masood and Mr. Masood's family for almost a $100,000 for Mr. Masood to surrender a straight up plea of guilt to the Court. See attached supporting Affidavit-A-.

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

        My direct appeal attorney was ineffective assistant counsel.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state: N/A

    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☐  N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐  No ☐  N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☐  N/A

    (6) If your answer to Question (c)(4) is "Yes," state: N/A

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND THREE:** Petitioner-Masood asserts his counsel Jordan S. Kushner was constitutionally ineffective in violation of his Sixth Amendment right to counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner-Masood states counsel made no attempts to prepare a valid defense for petitioner-Masood to consider going to trial. Instead, attorney Kushner used intimidation and instilled fears in petitioner-Masood and Masood's family not to entertain the thoughts of petitioner-Masood going to trial.

Attorney Kushner used his title as a legal defense attorney and an Officer of the Court to swindle almost a $100,000 from Mr. Masood and Mr. Masood's family as a whole for Mr. Masood to unknowingly, involuntarily and inintelligently waive all his rights to go to trial. Mr. Masood clearly and convincingly paid almost a $100,000 to attorney Kushner to plead guilty to a one count criminal charge of 18 U.S.C. § 2339B(a)(1), without challenging any of the government's alleged evidence. See attached supporting Affidavits-A- and Exhibits C 1-3 pages; Cl 1-2 pages; and C2 1-2 pages.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒    N/A

(2) If your answer to Question (c)(1) is "Yes," state:    N/A

Type of motion or petition:

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application? N/A

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application? N/A

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? N/A

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND FOUR:** Petitioner-Masood asserts his counsel was constitutionally ineffective in violation of his Sixth Amendment right to counsel. Petitioner-Masood asserts there existed a conflict of interest.
(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner-Masood states he was completely unaware of Attorney Kushner's ulterior motive to extort petitioner-Masood and his family members for money. Petitioner-Masood states Attorney Kushner extorted him and his family as a whole for almost a $100,000 for petitioner-Masood to surrender a straight up plea of guilt to the Court. Petitioner-Masood states and contends counsel Kushner took advantage of petitioner-Masood's being stressed, his mental illness and his ignorance as a foreigner in this country not familiar with the American legal judicial system to compel petitioner-Masood to plead a straight up guilty plea. See attached supporting but not limited to: Affidavits, and supporting documents Exhibit C 1-3 pages; C1 1-2 pages; and C2 1-3 pages. PLEASE NOTE: More supporting exhibits will be submitted timely at a later time.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

My direct appeal attorney was ineffective assistance counsel.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:  N/A

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:  N/A

Docket or case number (if you know): N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐    N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐    N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:    N/A

Name and location of the court where the appeal was filed:  N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:  N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Petitioner-Masood files this first 28 U.S.C. § 2255 as PRO SE, none of his grounds stated in this petition has been raised on direct appeal nor in any other federal court.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  JORDAN S. KUSHNER
LAW OFFICE OF JORDAN S. KUSHNER, Suite 2446, 431 S. Seventh Street, Minneapolis, MN 55415

(b) At arraignment and plea:  Same above.

(c) At trial: Same above.

(d) At sentencing: Same above.

(e) On appeal: Same above.

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐ N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Petitioner-Masood, respectfully seeks of the Court to reverse conviction and be retried. and alternatively, to reverse conviction and dismiss indictment.

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year).

Executed (signed) on _July 07, 2026_ (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.