UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
JUL 1 3 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

UNITED STATES OF AMERICA,
   Plaintiff, Respondent,

v.                                        Case No. :

MUHAMMAD MASOOD,
Defendant, Petitioner,
      & Movant.

---

SHORT APPENDIX
REQUIRED AND NECESSARY

EXHIBITS IN SUPPORT OF PETITIONER'S 28 U.S.C. § 2255
MOTION TO VACATE, SET ASIDE, OR
CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY

---

PLEASE NOTE: More supporting Exhibits will be submitted timely at a later
time.

MUHAMMAD MASOOD, PRO SE
FCI Otisville
PO Box 1000
Otisville, NY 10963



SCANNED
JUL 1 3 2026
U.S. DISTRICT COURT ST. PAUL

INDEX OF EXHIBITS IN SUPPORT OF GROUNDS

1.  Cover Sheet (Short Appendix)...............................PAGE..1;

2.  Index of Exhibits and descriptions........................PAGE.2;

3.  Exhibit A 1-5 pages (excerpts documents in part from Dr.
    Kissin's and Ryan's Evaluation Report submitted to the
    District Court in the matter of Mr. Masood)...............P.3-7;

4.  Exhibit A1 1-8 pages (excerpts documents in part from
    Dr. Kissin's and Ryan's competency restoration group
    sessions).................................................P.8-15;

5.  Exhibit A2 1-of-1-page (excerpt document in part from Mr.
    Masood's handwritten letter and/or note).................P.16;

6.  Exhibit A2 1-of-1-page (NEXUS (For legibility typed trans-
    cript of Mr. Masood's handwritten letter and/or note))....P.17;

7.  Exhibit A3 1-of-1-page (excerpt document in part from Dr.
    Schouten's Independant Evaluation Report).................P.18;

8.  Exhibit B 1-2 pages (excerpts documents in part of
    attorney Kushner's letter to Mr. Masood).................P.19-20;

9.  Exhibit C 1-3 pages (Funds Transfer Request Authorization
    from Mr. Masood's family to attorney Kushner for payment
    of Legal Fees)...........................................P.21-23;

10. Exhibit C1 1-2 pages (Payment Details of Checks payed by
    Mr. Masood's family to attorney Kushner for Legal Fees)...P.24-25;

11. Exhibit C2 1-3 pages (Summary Report of Legal Fees payed
    by Mr. Masood's family to attorney Kushner)..............P.26-28;

12. Exhibit D̄ 1-2 pages (excerpts documents in part of letters
    exchanged between Mr. Masood and attorney Kushner)........P.29-30;

13. Exhibit D1 1-2 pages (excerpts of Court Transcripts in
    part Mr. Masood's instruction to accept responsibility)...P.31-32.