$0.00

RDC 03    2 Lb 1.10 Oz    S2325S500584-1

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY® MAIL**



FREEDOM FOREVER/USA
FREEDOM FOREVER/USA
FREEDOM FOREVER/USA
FREEDOM FOREVER/USA
FREEDOM FOREVER/USA
FREEDOM FOREVER/USA
FREEDOM FOREVER/USA
FREEDOM

RECEIVED
BY MAIL

**FROM:**
MUHAMMAD MASOOD
Reg. No. 22397-041
FC1 Otisville
PO Box 1000
Otisville, NY 10963

**X-RAYED BY USMS**

JUL 1 3 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

LEGAL MAIL

**TO:**
Clerk Of The Court
United States District Court
District of Minnesota

⇨22397-041⇦
Warren E Burger
Federal Building and US Courthouse
316 North Robert Street
Saint PAUL, MN 55101
United States

# LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

**UNITED STATES POSTAL SERVICE** ®  pitney bowes

To schedule free Package Pickup, scan the QR code.



SCANNED
JUL 1 3 2026
U.S.


PAPER POUCH
how2recycle.info

USPS.COM/PICKUP

USPS TRACKING #

Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5

Label 888-P8, Oct. 2015

9488 8090 0027 6234 4425 10

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14L © U.S. Postal Service; October 2023; All rights reserved.